**Alfred L. STONE, Plaintiff-Appellant,**

**v.**

**BALTIMORE WASHINGTON HOTEL/Vista Host Inc., Limited Partnership; Hilton Worldwide, Inc.; Vista Host, Inc.; Hampton Inn; Evelyn Rogers, Housekeeper; Annette White;**

Michael Gulotty, Operations Man.; Hilton Worldwide Holdings, Inc.; Vh Hotel Management Inc., Defendants-Appellees.

No. 16-1795

United States Court of Appeals, Fourth Circuit.

Submitted: November 30, 2016

Decided: January 4, 2017

Alfred L. Stone, Appellant Pro Se. James R. Andersen, Tara A. Barnes, Rollins, Smalkin, Richards & Mackie, LLC, Baltimore, Maryland, for Appellees.

Before KING, KEENAN, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred L. Stone appeals the district court's order granting defendants' Fed. R. Civ. P. 12(b)(6) motions to dismiss his complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stone v. Baltimore Washington Hotel, Inc., No. 1:15–cv–02272–GLR (D. Md. June 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED